IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN CRUMP,

    **Plaintiff,**

    v.

JOHNSON COUNTY BOARD OF
COMMISSIONERS, et al.,

    **Defendants.**

Case No. 24-3046-JAR-RES

## MEMORANDUM AND ORDER

On April 23, 2025, Defendants Johnson County Board of County Commissioners, Calvin Hayden, and Brian Zeef filed their Motion for Summary Judgment in this action.[1] On May 3, 2025, Plaintiff Steven Crump, proceeding pro se, filed a motion requesting an extension of time to respond to Defendants' summary judgment motion.[2] The Court granted Plaintiff's request, giving Plaintiff until June 3, 2025 to file his response.[3] Plaintiff failed to file his response by the June 3 deadline, and instead, on June 5, filed another motion requesting an extension of time to respond.[4] The Court granted that request, giving Plaintiff until July 3, 2025 to file his response.[5]

On June 30, Plaintiff filed his third motion requesting an extension of time to respond to Defendants' summary judgment motion (Doc. 89)—the motion before the Court. This time, Plaintiff states that he did not receive a copy of Defendants' summary judgment motion due to

---

[1] Doc. 62.

[2] Doc. 66.

[3] Doc. 68.

[4] Doc. 74.

[5] Doc. 84. It is not clear to the Court whether Plaintiff received this order, as he did not acknowledge it in his most recent request for an extension.

limited or no access to PACER. Plaintiff explains that he has not maintained a stable home or mailing address, but has recently provided the Court with his current mailing address. The Court grants Plaintiff's motion for extension of time to respond, and, out of an abundance of caution, directs the Clerk to send to Plaintiff, by certified mail, this Order and Docs. 62, 63, 64 (including all exhibits), and 65.

This will be Plaintiff's last extension of time to file his response to Defendants' summary judgment motion. Further, if Plaintiff wishes to continue receiving filings by mail to his updated mailing address, he should contact the clerk's office to withdraw his requests for electronic filings and notifications, and ensure his address on file is up to date.[6]

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's motion for extension of time (Doc. 89) to file a response to Defendants' Motion for Summary Judgment is **granted**. Plaintiff shall file his response to Defendants' Motion for Summary Judgment no later than August 8, 2025.

The Clerk is directed to send, by certified mail, this Order and Docs. 62, 63, 64 (including all exhibits), and 65 to the following address: 11016 Quivira Road #1010, Overland Park, Kansas 66210.

**IT IS SO ORDERED.**

Dated: July 3, 2025

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

---

[6] *See* D. Kan. Local Rule 5.4.1(c) ("A party who is not represented by an attorney may register as a Filing User in the Electronic Filing System."); D. Kan. Administrative Procedure I.C.5.c. ("By registering to use the System, the pro se party consents to electronic service of all documents as provided in these administrative procedures and in accordance with the Federal Rules of Civil Procedure and Local Rules.").